IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAMIE MOORE III**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:09-CV-316-L** |
| | § | |
| **NATHANIEL QUARTERMAN, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Moore's Petition for Writ of Habeas Corpus, filed February 18, 2009. Pursuant to Special Order 3-251, the petition was referred to United States Magistrate Judge Jeff Kaplan. On June 9, 2009, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. Petitioner filed objections to the Report on June 23, 2009.

This is a habeas petition filed pursuant to 28 U.S.C. § 2254. The magistrate judge found that Petitioner is not entitled to federal habeas relief on any of the five claims upon which his habeas petition is based. The magistrate judge recommends that the court deny the habeas petition.

Petitioner has made several objections. These objections, however, merely restate the arguments included in the petition. Because these arguments were considered by the court in its review of the petition, the court will not separately address them herein. Accordingly, the court **overrules** these objections

Having reviewed the petition, file, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are

therefore **accepted** as those of the court, and the court **dismisses with prejudice** the petition for writ of habeas corpus.

**It is so ordered** this 24th day of June, 2009.

Sam A. Lindsay
United States District Judge